UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | |
|---|---|
| Crystal Adcock )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>Credit Control, LLC )<br>)<br>And )<br>)<br>Portfolio Investment Exchange, Inc. )<br>    *Defendants* )<br>_____ ) | Case No.  1:12-CV-70-M |

**COMPLAINT and DEMAND FOR JURY TRIAL**

**INTRODUCTION**

     1.    This is an action by a consumer seeking damages and declaratory relief for Defendants' violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. §§1692 *et seq.,* which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

**JURISDICTION**

     2.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

**PARTIES**

     3.    Plaintiff, Crystal Adcock, is a natural person who resides in Adair County, Ky. Plaintiff is a consumer within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

     4.    Defendant, Credit Control, LLC ("Credit Control"), is a foreign limited liability company, which is registered with the Kentucky Secretary of State, and is engaged in the collecting debts from citizens of Kentucky and other states. Credit Control's principal place of business is 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042

     5.    Credit Control regularly collects or attempt to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

6.	Portfolio Investment Exchange, Inc. ("Portfolio") is a Delaware corporation, which is not registered with the Kentucky Secretary of State, and is engaged in the business of purchasing debt from creditors and collecting these debts in this state. Portfolio's principal place of business is 111 Eight Ave., New York, NY 10011.

7.	Portfolio regularly collects or attempt to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

8.	On June 14, 2011, Plaintiff, Crystal Adcock, filed for Chapter 7 bankruptcy relief in the Western District of Kentucky, Case No. 11-10920.

9.	Her petition lists CitiFinancial, Inc. as one of her unsecured creditors.

10.	On October 5, 2011, her case was closed and her debts were discharged.

11.	On March 22, 2012, Credit Control, on behalf of Portfolio, sent Ms. Adcock a dunning letter that provides in pertinent part:

**Credit Control, LLC**
5757 Phantom Dr Ste 330  Hazelwood, MO 63042
866-417-5776
Hours of Operations: M-F 8:00-8:00, Sat 8:00-12:00

March 22, 2012

Crystal L Adcock
321 Bill Handy Ln
Columbia, KY 42728-5205

Current Creditor: Porfolio Investment Exchange INC
Our Account Number: 5450917
Original Acct: ****-****-****-8329
Original Creditor: CitiFinancial Inc.
Balance Due: $11,954.73

IMPORTANT NOTICE

Dear Crystal L Adcock,

This letter is to advise you that your account is past due and that this office is attempting to collect this account.

12.	On April 22, 2012, Ms. Adcock ran a three-agency, Consumer Liability Report ("CLR") through CIN Legal Data Services.

13. The CLR report lists a single entry by CitiFinancial and provides in pertinent part:



14. The above CitiFinancial account ends in numbers 3986.

15. The Credit Control 3/22/12 dunning letter states that the original account was from CitiFinancial, Inc. with an account ending in numbers 8329.

## III. FDCPA VIOLATIONS

16. Plaintiff, Crystal Adcock, repeats and re-alleges and incorporates by reference paragraphs one through fifteen above.

17. Defendants, Credit Control, LLC and Portfolio Investment Exchange, Inc., violated the FDCPA. These violations include, but are not limited to, the following:

(a) Violation of 15 U.S.C. § 1692f(1) by attempting to collect a debt that was authorized by agreement or permitted by law, including but not limited demanding payment on as agreement or account ending in numbers 8329 which does not and has never belonged to Ms. Adcock;

(b) Violation of 15 U.S.C. § 1692e(5) by seeking to collect on a debt that had been discharged in bankruptcy; and

(c) Violation of 15 U.S.C. § 1692e(2)(A) by falsely representing the character, amount, and/or legal status of the debt upon by including but not to limited to demanding and falsely claiming that Ms. Adcock was indebted to Credit Control and/or Portfolio on an account ending in numbers 8329, which had been discharged in bankruptcy and which does not and has never belonged to Ms. Adcock.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Crystal Adcock, requests that the Court grant the following relief:

1. Award Plaintiff actual damages;

2. Award Plaintiff statutory damages;

3. Award Plaintiff punitive damages;

4. Award Plaintiff reasonable attorney's fees;

5. Award Plaintiff costs;

6. Such other relief as may be just and proper.

**TRIAL BY JURY IS DEMANDED**

May 8, 2012

                                            Respectfully submitted,

**Kenneth J. Henry**
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243
502-245-9100
Email: ken@kennethhenrylaw.com

James H. Lawson
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
Tel:    (502) 473-6525
Fax:   (502) 473-6561
james@kyclc.com